## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CLASSIC SCHOONER ADVENTURES, INC.,

     Plaintiff,

v.                                Case No.  8:08-cv-199-T-30MAP

ACADIA INSURANCE COMPANY and
the UNITED STATES OF AMERICA,

     Defendants.

_____/

## ORDER OF DISMISSAL

     Before the Court is the Stipulation of Dismissal (Dkt. #19).  In accordance with same,

it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed without prejudice, with each party to bear its own costs

and attorney's fees.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on September 23, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-199.dismissal 19.wpd